BESSIE BAREFIELD AND JOE BAREFIELD, HER HUSBAND, CAL-
LIE FLEMMING AND LOVE FORD, *Plaintiffs in Error*, v.
MORRIS WILLIAMS, RICHARD WILLIAMS, W. M. MERRITS,
AND J. G. WASHINGTON, AS TRUSTEES OF AND FOR MOUNT
MARIAH PRIMITIVE BAPTIST CHURCH OF TAMPA, FLORIDA,
*Defendants in Error.*

En Banc.

Decision Filed May 7, 1925.

Petition for Rehearing denied June 13, 1925.

A Writ of Error to the Circuit Court for Hillsborough
County; F. M. Robles, Judge.

*E. L. Bryan* and *G. H. Cornelius,* for Plaintiffs in Error;

*D. C. McMullen* and *W. Raleigh Petteway,* for Defend-
ants in Error.

PER CURIAM.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record of
the judgment herein, and briefs and argument of counsel
for the respective parties, and the record having been seen
and inspected, and the Court being now advised of its
judgment to be given in the premises, it seems to the Court
that there is no error in the said judgment; it is, therefore,
considered, ordered and adjudged by the Court that the
said judgment of the Circuit Court be, and the same is
hereby, affirmed.

WEST, C. J., AND WHITFIELD, ELLIS, BROWNE AND TER-
RELL, J. J., concur.